**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| SANDRA BARNETT,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendant. | Case No.: 3:21-cv-97<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Sandra Barnett and Capital One Bank (USA), N.A. ("Capital One") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next sixty (60) days. Plaintiff kindly requests the Court vacate any pending deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement

                                            RESPECTFULLY SUBMITTED,

                                            PRICE LAW GROUP, APC

Date: April 27, 2021                        By: */s/Susan Mary Rotkis*
                                            Susan Mary Rotkis (VSB 40693)
                                            382 S. Convent Ave
                                            Tucson, AZ 85716
                                            susan@pricelawgroup.com
                                            P: (818) 600-5506
                                            *Attorneys for Plaintiff*
                                            *Sandra Barnett*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2021, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Diego Sanchez*