# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**SANDRA BARNETT,**

        **Plaintiff,**

**v.**                                    **Civil Action No. 3:21-cv-97**

**CAPITAL ONE BANK (USA), N.A.,**

        **Defendants.**

## STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, Sandra Barnett, by counsel, together with Capital One Bank (USA), N.A., by counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby STIPULATE to dismissal of the action with prejudice. The court shall retain jurisdiction for purposes of enforcement of the settlement pursuant to *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994).

It is so STIPULATED.

                                      Respectfully submitted,
                                      SANDRA BARNETT,

By:*/s/John D. Sadler*_____
John D. Sadler (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K. Street, 12th Floor
Washington, DC 20006-1157
(202) 661-7659 – Telephone
(202) 661-2299 – Facsimile
E-mail: sadlerj@ballardspahr.com
*Counsel for Defendant*

By:*/s/Susan Rotkis*_____
Susan Rotkis (VSB #40693)
PRICE LAW GROUP, APC
382 S. Convent Ave.
Tucson, Arizona 85701
Telephone: (818) 600-5506

1

                                                Facsimile:  (818) 600-5406
                                                Email: susan@pricelawgroup.com
                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2021 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                                  /s/Susan Rotkis
                                                  Susan Rotkis
                                                  VSB #40693
                                                  PRICE LAW GROUP, APC
                                                  382 S. Convent Ave.
                                                  Tucson, Arizona 85701
                                                  Telephone: (818) 600-5506
                                                  Facsimile: (818) 600-5406
                                                  Email: susan@pricelawgroup.com
                                                  *Counsel for Plaintiff*