IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SANDRA BARNETT,
        Plaintiff,

v.                                          Civil Action No. 3:21-cv-97

CAPITAL ONE BANK (USA), N.A.,
        Defendant.

## FINAL ORDER

On June 24, 2021, the parties filed a stipulation of dismissal pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii). (ECF No. 9.) The Court acknowledges this voluntary dismissal

and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 25 June 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge